**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  12-00268-12-CR-W-DGK |
| | ) | |
| KEVIN MICHAEL WEISS, | ) | |
| | ) | |
| Defendant. | ) | |

## ACCEPTANCE OF PLEA OF GUILTY AND
## ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 325), to which there has been no timely objection, the plea of guilty by the Defendant to Counts One (lesser included charge), Count Two and Count Eleven of the Superseding Indictment filed on December 12, 2012, is now accepted and the Defendant is adjudged guilty of such offenses. Sentencing will be set by subsequent order of the Court.

 __/s/ Greg Kays_____
GREG KAYS, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Dated: _June 3, 2014___